HARBOR RECOVERY CORPORATION *v.* HARBOR
REALTY ASSOCIATES ET AL.
(14796)

Dupont, C. J., and O'Connell and Landau, Js.

Argued December 6, 1995—decision released January 9, 1996

*Peter A. Berdon,* with whom, on the brief, was *Pasquale Young,* for the appellant (defendant Michael R. Caporale, Jr.).

*Mark A. Rosenblum,* with whom, on the brief, was *Brendan T. Flynn,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.